# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2020

## NO. 03-19-00699-CV

**C. L., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the final decree of termination signed by the trial court on September 17, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final decree of termination. Therefore, the Court affirms the trial court's final decree of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.